NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0425

STATE OF LOUISIANA

VERSUS

QUINTON DOMNE RICHARD

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 00-K-1396-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**OSWALD A. DECUIR
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Earl B. Taylor
District Attorney
Alisa Ardoin Gothreaux
Assistant District Attorney
27th Judicial District Court
P. O. Drawer 1968
Opelousas, LA 70571-1968
(337) 948-0551
Counsel for Plaintiff/Appellee:
      State of Louisiana**

**Karen G. Arena
Louisiana Appellate Project
110 Veterans Memorial Blvd., Suite 222
Metairie, LA 70005
(504) 828-6870
Counsel for Defendant/Appellant:
      Quinton Domne Richard**